UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD PATRICK ROSALES,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>MICHAEL F. MARTEL, Warden,<br><br>　　　　　Respondent. | No. ED CV 14-02078-VAP (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: Sept 2, 2016

VIRGINIA A. PHILLIPS
United States District Judge