JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD PATRICK ROSALES, | No. ED CV 14-02078-VAP (DFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| MICHAEL F. MARTEL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: Sept 2, 2016

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge